

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00287-CV

**IN THE INTEREST OF M.S. AND D.S., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0046-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

This is an accelerated appeal. Although the reporter's record was due on June 6, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). On June 23, 2016 court reporter Robin Brame filed a notice of late record seeking an extension of time to file the record.

We grant the extension of time and ORDER the court reporter to file the reporter's record on or before June 29, 2016. No further extensions of time will be allowed. *See id.* 35.3(c). If the reporter's record is not received by such date, an order may be issued directing Robin Brame to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court